FILED

07 DEC 12 PM 4:49

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. FERNANDO OROZCO-URANGA, Defendant. | Criminal Case No. '07 CR 3348 LAB<br><br>NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Fernando Orozco-Uranga, Criminal Case No. 07CR3040-LAB.

DATED: December 12, 2007.

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney