**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
JUL - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY
Clerk's Office File Stamp

# NOTICE OF DOCUMENT DISCREPANCIES

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE Larry A. Burns

FROM: E. Lloyd, Deputy Clerk RECEIVED DATE: 6/25/08

CASE NO.: 07cr3348-LAB DOCUMENT FILED BY: Fernando Uranga Orozco

CASE TITLE: USA v. Orozco-Uranga

DOCUMENT ENTITLED: Letter and Promissory Note

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | *Local Rule* | *Discrepancy* |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER:Case closed; not in proper pleading format |

**Date forwarded:** 6/26/08

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes. Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: [signature: Larry A. Burns]

Dated: 6/29/08 By: LARRY ALAN BURNS

cc: All Parties

Fernando Uranga Orozco, (12604-097)
United States Penitentiary
3901 Klein Blvd.
Lompoc, California 93436-9999

**REJECTED**

June 19, 2008

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN CALIFORNIA
Larry Allen Burns, d.b.a. Judge
880 Front Street, Room 4290
San Diego, California 92101-9999

Re: FERNANDO URANGA OROZCO; Case No. 07 CR 3348 LAB

Dear U.S. DISTRICT COURT;

This letter and the in closed Bonded Promissory Note No. PN-280615-FUO and Registered Foreign Bill of Exchange, for $1,600,000,000.00/xx (One Billion, Six Hundred Million) United States Dollars, is to Discharge, All claims against me and my property. This also includes A17985436, Immigation and Naturalization Service, et al.

Please Close the account as I have appointed Henry M. Paulson, Jr., Secretary of the Treasury Fiduciary Agent and Secretary-in-charge with the exclusive authority to execute the Orders/Charges/and Accounts, enclosed Forms and Orders needed for the Liquidation of the Fraudulent Bonds placed against me, ie SF-24, Bid Bond; SF-25, Performance Bond; SF-25A, Payment Bond; et al. Upon Liquidation of or Termination of said Bonds.

RECEIVED

Upon closure of the Account and balancing of the books, there appearing No Bonds Of Record To Initiate The Matter Regarding Case No. 07 CR 3348 LAB and associate accounts, In Consideration There of that no lawful money of account exists in circulation and in consideration thereof that Fernando Uranga Orozco, have suffered dishonor therefore in the matter and associated accounts. Your Bond are